UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-M-1240

UNITED STATES OF AMERICA       )
                               )
          v.                   )          ORDER
                               )
MARY ALICE DOWNING             )

The Government's motion is hereby granted.  The case is dismissed.


2/15/2012
DATE:

_Robert B. Jones_

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE